**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 10 EAL 2018

              Respondent       :

                              :   Petition for Allowance of Appeal from
                              :   the Order of the Superior Court

              v.               :

                              :

JIBRELL I. LEWIS,              :

              Petitioner       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of June, 2018, the Petition for Allowance of Appeal is **DENIED**.